**Rafael ANDRADE RIVAS, aka Rafael Rivas Andrade, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–72638.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 3, 2015.

Rafael Andrade Rivas, Santa Maria, CA, pro se.

Paul Fiorino, Senior Litigation Counsel U.S. Department of Justice, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security San Francisco, CA, for Respondent.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Rafael Andrade Rivas, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d

1066, 1070 (9th Cir.2008), and we deny the petition for review.

Substantial evidence supports the BIA's determination that Andrade Rivas failed to establish past persecution or a fear of future persecution on account of a protected ground based on threats to and extortion of his father by gang members in El Salvador. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir.2010) ("An alien's desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground."); *see also Parussimova v. Mukasey*, 555 F.3d 734, 740 (9th Cir.2009) (the REAL ID Act "requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"). Thus, Andrade Rivas's asylum and withholding of removal claims fail. *See Zetino*, 622 F.3d at 1015–16.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.